ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
***
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DORL and SHIRLEY DORL, <br><br>    Plaintiffs, <br><br>vs. <br><br>ASBESTOS CORPORATION LIMITED, et al., <br><br>    Defendants | No. 4:13-cv-01641-SBA <br><br> ORDER GRANTING DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO. AND ORDER THAT CASE BE REMAND TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO |

Judge:  Hon. Saundra Brown Armstrong
Dept:   1

Pursuant to Stipulation:

IT IS SO ORDERED Plaintiffs' Complaint as to Defendant Crane Co. is Dismissed with Prejudice.  Each party is to bear its own costs.

IT IS FURTHER ORDERED that Crane Co.'s Notice of Removal in this action is withdrawn, and the case be remanded to the Superior Court of the State of California, County of San Francisco.

Dated: _5/3/13

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge