UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| Dorl, et al. v. Asbestos Corporation Ltd., et al., | ) | |
| N.D. California, C.A. No. 4:13-01641 | ) | MDL No. 875 |

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Dorl*) on April 22, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Dorl* filed a notice of opposition to the proposed transfer. The Panel has now been advised that *Dorl* was remanded to the Superior Court of the State of California, County of San Francisco, by the Honorable Sandra Brown Armstrong in an order filed on May 3, 2013.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-550" filed on April 22, 2013, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel